UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ESTATE OF KRYSTLE ROXANNE BARRETT, et al.        PLAINTIFFS

v.        CIVIL ACTION NO. 1:15-cv-81-GNS

BOWLING GREEN – WARREN COUNTY PRIMARY
HEALTH CENTER, INC., d/b/a
FAIRVIEW COMMUNITY HEALTH CENTER, and
JACQUELINE N. WISE, ARNP        DEFENDANTS

## NOTICE OF REMOVAL BY THE UNITED STATES OF AMERICA

The United States of America, by counsel, on behalf of defendants Bowling Green – Warren County Primary Health Center, Inc., d/b/a Fairview Community Health Center ("Fairview") and Jacqueline N. Wise, ARNP, respectfully represents:

1.  On or about April 1, 2015, the plaintiff filed this action in the Warren Circuit Court, Division II, Civil Action No. 15-CI-00378, against defendants Fairview and Jacqueline N. Wise, ARNP, an employee of Fairview.  A copy of the summons and complaint accompanies this Notice as Exhibit 1.

2.  The complaint alleges claims against defendants Fairview and its employee Jacqueline N. Wise, ARNP, for acts and/or omissions relating to medical care and treatment provided to plaintiff in January and February, 2014.  (See Exhibit 1). At the time of the incidents alleged in the complaint, Jacqueline N. Wise, ARNP, was an employee of Fairview, an entity receiving federal grant money from the United States Public Health Service pursuant to 42 U.S.C. §§ 254b, 254c, 256, or 256a. Pursuant to 42 U.S.C. § 233(h), the United States Department of Health and Human Services has deemed Fairview and its employee who are health care providers, to be

government employees only for purposes of coverage under the Federal Tort Claims Act, 28 U.S.C. § 2571, et seq., effective for acts and omissions on and after January 1, 2103. (See deeming letters and related documents, attached hereto as Exhibit 2).

3. The Attorney General of the United States, by Acting United States Attorney John E. Kuhn, Jr., under authority of 28 C.F.R. § 15.4, and pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233(c), has certified that named federal defendant Fairview was an entity receiving federal grant money receiving federal grant money from the United States Public Health Service pursuant to 42 U.S.C. §§ 254b, 254c, 256, or 256a; that Jacqueline N. Wise, ARNP, was acting within the scope of her employment with Fairview, at the time of the incidents alleged in the complaint; and that accordingly both Fairview and Jacqueline Wise, ARNP, are deemed employees of the United States for Federal Tort Claims Act purposes only, for any acts or omissions that occurred on or after January, 2013. (A copy of said certification is attached hereto as Exhibit 3).

4. Both 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2) provide that upon certification by the Attorney General or his designee, any civil action or proceeding commenced in a state court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place in which the action or proceeding is pending, and that the action or proceeding shall be deemed to be an action or proceeding against the United States under the provision of Title 28 and all references thereto.

5. This entry of appearance by the United States on behalf of the named federal defendant is solely for the purpose of removal and is not intended to admit or waive any defenses, including, but not limited to those defenses of Fed. R. Civ. P. 8

and 12, relating either to the United States of America, or any agency or department thereof, or any individual defendant, in their official or individual capacity, to the allegations alleged in the complaint.

6. Defendants Fairview and Jacqueline N. Wise, ARNP, are entitled to official immunity from suit under the Federal Tort Claims Act. *See* 28 U.S.C. § 2679. Said immunity is a federal defense which provides a basis for removal pursuant to 28 U.S.C. § 1442(a)(1). *Mesa v. California*, 489 U.S. 121, 133 (1989). Further, these federal defendants are entitled to have the United States of America substituted as the proper party defendant pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (P.L. 100-694). In addition, and strictly subject to the provisions of paragraph 5 above, the named federal defendants, and the United States, deny the allegations in the complaint.

Accordingly, the United States requests removal of the above-styled action to the United States District Court pursuant to 28 U.S.C. §§ 1442, 1446 and 2679.

WHEREFORE, the United States, by counsel, notices the removal of the above-styled action, now pending in the Warren Circuit Court, Warren County, Kentucky, to this Court.

Respectfully submitted,

JOHN E. KUHN, JR.
Acting United States Attorney


/s/ Brady Miller
Brady Miller
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5166; FAX 625-7110
brady.miller@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ESTATE OF KRYSTLE ROXANNE BARRETT, et al.     PLAINTIFFS

v.     CIVIL ACTION NO. 1:15-cv-81-GNS

BOWLING GREEN – WARREN COUNTY PRIMARY
HEALTH CENTER, INC., d/b/a
FAIRVIEW COMMUNITY HEALTH CENTER, and
JACQUELINE N. WISE, ARNP     DEFENDANTS

## CERTIFICATION OF NOTICE TO THE
## CIRCUIT COURT CLERK AND ADVERSE PARTIES

    I hereby certify, pursuant to 28 U.S.C. § 1446(d), that on June 26, 2015, a copy of this Notice of Removal by the United States of America was:

    a)     mailed to the Clerk of the Warren Circuit Court at the indicated address:

Brandi Duvall
Clerk, Warren County Circuit Court
Warren County Justice Center
1001 Center St., Suite 102
Bowling Green, KY 42101-2184

    b)     mailed to the following party or parties at the indicated address(es):

Gary S. Logsdon
Gary S. Logsdon & Associates, PSC
P.O. Box 382
Brownsville, KY 42210
(Attorney for Plaintiffs)

Shawn R. Alcott
Kerrick Bachert PSC
1025 State Street
Bowling Green, KY 42101

                              */s/ Brady Miller*
                              Brady Miller
                              Assistant U.S. Attorney
                              717 W. Broadway
                              Louisville, Kentucky 40202
                              (502) 582-5166; FAX 625-7110
                              brady.miller@usdoj.gov