# EXHIBIT 1

| AOC-105　　　Doc. Code: CI | | Case No. 15-CI-00378 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice　www.courts.ky.gov CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Court　☑ Circuit　☐ District County　Warren Div. II |

**PLAINTIFF**

THE ESTATE OF KRYSTALE BARRETT, ET AL.

VS.

**DEFENDANT**

JACQUELINE N. WISE, ARNP

Service of Process Agent for Defendant:
CHRIS KEYSER

615 7th Ave.

BOWLING GREEN, KY 42101

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  Unless a **written defense is made by you** or **by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____4-2____, 2015　　　By: ____Brandi Duvall____ Clerk
　　　　　　　　　　　　　　　　　　　____D. Hazel____ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

| | | | |
|---|---|---|---|
| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | [Seal]<br>CIVIL SUMMONS | Case No. _15-CI-00378_<br>Court ✔ Circuit ☐ District<br>County Warren<br>Div. II | |

**PLAINTIFF**

THE ESTATE OF KRYSTALE BARRETT, ET AL.

VS.

**DEFENDANT**

BOWLING GREEN-WARREN COUNTY PRIMARY CARE CENTER, INC.

Service of Process Agent for Defendant:
CHRIS KEYSER

615 7th Ave.

PO BOX 1177

BOWLING GREEN, KY 42102

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __4/2__, 2_015_       _Brandi Duvall_ Clerk

                                         By: _A. Hazel_ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

                                  Served by: _____

                                                                               Title

FILED
2015 APR 1 PM 3 52
WARREN CIR/DIST COURT
BRANDI DUVALL, CLERK
BY _____ D.C.

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIV. II
CIVIL ACTION 15-CI-00378

THE ESTATE OF KRYSTLE ROXANNE BARRETT,
by and through her Administrator JUSTIN ROBERT WAYNE BARRETT

JUSTIN ROBERT WAYNE BARRETT
118 Jaggers Road
Mammoth Cove, KY 42259

and

JESSE ROBERT BARRETT, JONATHAN GONZALES and SAVANNAH KAY BARRETT
By and through their Guardian/Conservator
HON. GREG VINCENT, ATTORNEY
PO Box 395
Brownsville, KY 42210

   *Plaintiffs,*

v.

BOWLING GREEN – WARREN COUNTY PRIMARY CARE CENTER, INC.
d/b/a The Fairview Community Health Center,
615 7th Avenue
Bowling Green, KY 42101-6921

  Serve: Chris Keyser
     615 7th Avenue
     P.O. Box 1177
     Bowling Green, KY 42102-1177
     *Via Certified Mail*

JACQUELINE N. WISE, ARNP
615 7th Avenue
Bowling Green, KY 42101-6921
*Via Certified Mail*

   *Defendants.*

1

## COMPLAINT

1. Plaintiff, Justin Robert Wayne Barrett, is the qualified and duly appointed Administrator and Personal Representative of the Estate of Krystle Roxanne Barrett, deceased, appointed by the Edmonson District Court on May 13, 2014.

2. At all times mentioned herein Plaintiffs, Jesse Robert Barrett and Savannah Kay Barrett, were the minor children of Krystle Roxanne Barrett and residents of Warren County, Kentucky. Hon. Gregory Vincent is the qualified and duly appointed Guardian/Conservator of Jesse Robert Barrett and Savannah Kay Barrett.

3. At all times mentioned herein, Plaintiff, Jonathan Gonzales, was the minor son of Krystle Roxanne Barrett, and a resident of Sherman, Texas. Hon. Gregory Vincent is the qualified and duly appointed Guardian/Conservator of Jonathan Gonzales.

4. At all times mentioned herein, Plaintiff Justin Robert Wayne Barrett was the lawfully wedded husband of the decedent, Krystle Roxanne Barrett.

5. At all times mentioned herein, Defendant Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center, is a corporation providing medical services, duly licensed under the laws of the Commonwealth of Kentucky, and which has designated Chris Keyser, 615 7th Avenue, P.O. Box 1177, Bowling Green, KY 42102-1177, as its agent for service of process.

6. Defendant Jacqueline N. Wise, ARNP, was and is a practicing nurse practitioner licensed under the laws of the Commonwealth of Kentucky and holding herself out to the public as nurse practitioner specializing in primary care/family medicine.

7. The acts of negligence hereinafter alleged against Defendants were performed during the course and scope of their healthcare provider-patient relationship with Krystle Roxanne Barrett in Bowling Green, Warren County, Kentucky.

8. Venue and jurisdiction are proper in this Court.

## FACTUAL ALLEGATIONS

9. On January 14, 2014, Plaintiff, Krystle Barrett, presented to the Emergency Department at Bowling Green Medical Center. She was admitted on the same day with severe acute hypoxic respiratory failure and sepsis.

10. Chest x-rays and CT-scan showed bilateral consolidations of the lungs. Mrs. Barrett was intubated, placed on mechanical ventilation, and treated with broad spectrum antibiotics and prednisone. Laboratory tests indicated she was septic.

11. Viral studies were negative for influenza A/B.

12. Clinicians suspected this was likely a viral pneumonitis followed by acute pneumonia leading to acute respiratory distress syndrome.

13. Mrs. Barrett's condition eventually improved and she was extubated.

14. A chest x-ray on January 27, 2014 described improved aeration of the lungs but with persistent airway disease.

15. On January 31, 2014, Mrs. Barrett was discharged from Bowling Green Medical Center.

16. January 31, 2014 discharge instructions included follow up appointments scheduled for February 7, 2014 with Muhammad A. Ahmed, M.D.; February 10, 2014 at Fairview Clinic; "in two weeks" with Dr. Ali. The Medical Center Home Health was the home health agency assigned to Mrs. Barrett.

3

17. On or about February 7, 2014, Dr. Ahmed ordered and Mrs. Barrett underwent a chest x-ray. PA and lateral views of the chest demonstrated scattered interstitial infiltrates which had increased slightly on the right and in the left lung base.

18. On February 10, 2014, Mrs. Barrett was seen at Fairview Community Health Center, by Jacqueline N Wise, ARNP ("Wise"). The reason for visit was listed as "follow up from hospital for double pneumonia". Mrs. Barrett reported "she was in Med. Center from 1/14 – 1/31 for double pneumonia". She presented on two liters of oxygen in a wheelchair. Office notes from this visit specifically identify that Mrs. Barrett's current medication list was "reviewed and reconciled" by Wise. Current medications included:

   a. Albuterol Sulfate HFA 108 (90 base) mcg/act aerosol solution 2 puffs as needed every 4 hours.

   b. Hydrocodone-Acetaminophen 5-325 mg, I tablet as needed every 6 hours.

   c. Oxygen/O2 liquid 2 liters as directed.

19. During the February 10, 2014, office visit, Wise examined Mrs. Barrett. The examination revealed her respiratory system had "decreased air-entry at the bases, no wheezing, rales or rhonchi, on 2 Liters of portable Oxygen". The pulmonary examination was positive for "productive cough, wearing 2L of oxygen".

20. Despite affirmative review of Mrs. Barrett's current medications, physical examination, and documentation in the medical record multiple times of respiratory depression/dependence on portable Oxygen and a recent hospitalization for double pneumonia, Jacqueline N. Wise ARNP prescribed Mrs. Barrett Fioricet Tablets, 50-325-40 MG, 1 tablet as needed, orally every 4 hours as needed for 5 days.

4

21. Fioricet (Butalbital, Acetaminophen, and Caffeine Tablets, USP) is supplied in tablet form for oral administration. Each tablet contains the following active ingredients:

   a. butalbital USP . . . . . . . . . . 50 mg

   b. acetaminophen USP . . . . 325 mg

   c. caffeine USP . . . . . . . . . . . 40 mg

Butalbital has generalized depressant effect on central nervous system.

22. On February 12, 2014, at 10:23 AM, two days after her visit with Jacqueline N. Wise ARNP, Krystle Barrett died of acute respiratory distress syndrome, secondary to pneumonia.

23. A post-mortem examination and toxicology report was conducted on the body of Krystle Barrett on February 13, 2014 at 10:45 by Dr. Victoria Graham and Attendant, Chris Holsclaw. Toxicology results showed the presence of Butalbital – 1.4 mcg/mL. The conclusion of the post-mortem examination was "[t]his 26 year old female, Krystal Barrett died of acute respiratory distress syndrome secondary to pneumonia."

## CAUSES OF ACTION

### COUNT I – MEDICAL NEGLIGENCE

24. Plaintiffs adopt and incorporate each preceding allegation in Paragraphs 1-24.

25. On or about February 10, 2014, Defendant Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center, by and through its agents, servants and/or employees, and/or ostensible and/or apparent, agents, servants and/or employees in providing medical care to Krystle Roxanne Barrett, deviated from the accepted standard of care and such deviations were a substantial factor in causing Krystle Roxanne Barrett's injuries and death on February 12, 2014.

26. On or about February 10, 2014, in providing medical care to Krystle Roxanne Barrett, Jacqueline N. Wise, ARNP deviated from the accepted standard of care and such deviations were a substantial factor in causing Krystle Roxanne Barrett's injuries and death on February 12, 2014.

27. Defendant, Jacqueline N. Wise ARNP was and is the agent, servant and/or employee, and/or ostensible and apparent agent, servant and/or employee, of Defendants Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center. At all relevant times Jacqueline N. Wise, ARNP was acting within the course and scope of his agency or employment with Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center. Therefore, the negligence of Jacqueline N. Wise, ARNP is imputed to Defendants Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center.

28. As a direct and proximate result of the negligence of Defendants, and each of them, Krystle Roxanne Barrett sustained serious and permanent bodily injury, causing her to suffer great physical pain and mental anguish and destroying her power to labor and earn money, all to the detriment of her Estate in an amount in excess of the minimum jurisdiction of this Court.

29. As a direct and proximate result of the negligence of the Defendants, and each of them, Krystle Roxanne Barrett was caused to incur expenses for medical treatment, physician's services and drugs, up to an including the date of her death, all to the detriment of her Estate in excess of the minimum jurisdiction of this Court.

30. As a direct and proximate result of the death of Krystle Roxanne Barrett, and due to the negligence of each Defendant as described above, her estate was caused to incur expenses

6

for her funeral and burial, all to its damage in an amount in excess of the minimum jurisdiction of this Court.

31. The Foregoing acts of negligence asserted herein were a substantial factor in causing the injury, losses, and death complained of herein and hereinafter.

## COUNT II – LOSS OF CONSORTIUM

32. Plaintiffs adopt and incorporate each preceding allegation in Paragraphs 1-24.

33. As a direct and proximate result of the negligence of Defendants as described above, and each of them, Plaintiff Justin Robert Wayne Barrett was caused to lose the companionship, services, love, affection and society of his wife, Krystle Roxanne Barrett, and has and will suffer damages as a result.

34. As a direct and proximate result of the negligence of Defendants as described above, and each of them, Plaintiff Jesse Robert Barrett was caused to lose the companionship, services, love, affection, and society of his mother, Krystle Roxanne Barrett, and has and will suffer damages as a result.

35. As a direct and proximate result of the negligence of Defendants as described above, and each of them, Plaintiff Savannah Kay Barrett was caused to lose the companionship, services, love, affection, and society of her mother, Krystle Roxanne Barrett, and has and will suffer damages as a result.

36. As a direct and proximate result of the negligence of Defendants as described above, and each of them, Plaintiff Jonathan Gonzales was caused to lose the companionship, services, love, affection, and society of his mother, Krystle Roxanne Barrett, and has and will suffer damages as a result.

WHEREFORE, Plaintiffs The Estate of Krystle Roxanne Barrett, Justin Robert Wayne Barrett, Jesse Robert Barrett, Savannah Kay Barrett, and Jonathan Gonzales demand judgment against the Defendants Bowling Green – Warren County Primary Care Center, Inc. d/b/a The Fairview Community Health Center and Jacqueline N. Wise, ARNP, as follows:

a. For compensatory damages as complained of herein in an amount exceeding the minimum jurisdiction of this Court;

b. For a trial by jury on all issues so triable;

c. For their costs herein expended;

d. For prejudgment and post judgment interest; and

e. For all other relief to which he may be entitled.

Respectfully submitted,

*Gary S. Logsdon*
Gary S. Logsdon
GARY S. LOGSDON & ASSOCIATES, PSC
P. O. Box 382
Brownsville, KY  42210
(270) 597-2134
gary@garylogsdonlaw.com

8