UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

THE ESTATE OF KRYSTLE ROXANNE
BARNETT, et al.,                                                                                        Plaintiffs,

v.                                                                       Civil Action No. 1:15-cv-81-DJH-HBB

UNITED STATES OF AMERICA,                                                            Defendant.

\* \* \* \* \*

### **ORDER**

The parties have filed a stipulation of dismissal signed by all parties.  (Docket No. 11)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.  All pending motions are **DENIED** as moot.

1